

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2017

No. 04-16-00532-CV

**FRANKLIN ADVISERS, INC.,** on behalf of certain investment funds managed by it; Oz Management LP, on behalf of certain investment funds managed by it, Oz Management II LP, on behalf of certain investment funds managed by it; and Benefit Street Partners, LLC, Appellants

v.

**IHEARTCOMMUNICATIONS INC.,** f/k/a Clear Channel Communication, Inc., Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-04006
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
           Karen Angelini, Justice
           Patricia O. Alvarez, Justice

Appellants' motion for extension of time to file motions for rehearing and en banc reconsideration are GRANTED. Any such motions are due on November 27, 2017.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court